DANIEL S. GLASS (SBN 140819)
dsglawyer@sbcglobal.net
Attorney at Law
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel:   916.483.1971
Fax:  916. 483.1371

Attorney for Plaintiff
DONALD HOLLAND

STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
DANIEL S. CLARK JR. (SBN 221647)
dclark@hayesscott.com
**HAYES SCOTT BONINO**
**ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO DIVISION)

| | |
|---|---|
| DONALD HOLLAND,<br><br>                    Plaintiff,<br><br>          vs.<br><br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br><br>                    Defendant. | CASE NO.  2:12-cv-01983-TLN-AC<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**PROTECTIVE ORDER REGARDING**<br>**THE PRODUCTION OF FINANCIAL**<br>**AND RETENTION INFORMATION FOR**<br>**DR. LEONID TOPPER AND**<br>**RESTRICTING DISSEMINATION OF**<br>**DISCOVERY** |

**I.**
**STIPULATION AND PROTECTIVE ORDER REGARDING**
**THE DISCLOSURE OF NATIONAL UNION FINANCIAL INFORMATION**

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union")

and Plaintiff Donald Holland ("Holland") hereby stipulate to the following protective order with

respect to and to accommodate National Union's disclosure of certain information in response to

Holland's interrogatories.

## II.
## DISCLOSURE OF INFORMATION AND CUSTODY OF THE SAME

National Union will disclose responsive information to Holland's interrogatories that have

been requested and withheld based upon the proprietary, third-party privacy, relevance, and

confidential objections, without waiving those objections.  This information is related to the

retention of and payments to Dr. Leonid Topper by National Union between January 1, 2008 and

December 31, 2012, including but not limited to the number of retentions per year and the amount

paid per retention (the "Information").  This disclosure of the Information does not apply to the

identification of the third-party insureds, who were the subjects of Dr. Topper's records review, the

nature of the claim, or the results of Dr. Topper's review.

Disclosure of the Information hereinafter specified shall take place by mail from and/or at:

Hayes Scott Bonino Ellingson & McLay, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA 94065

and shall proceed in the following manner:

a)      This Order shall be served on all parties;

b)      All parties and counsel for all parties herein shall be subject to the Court Order for

the purpose of limiting the dissemination of the Information hereunder;

c)      Those persons viewing the requested Information shall agree to the terms and

conditions set forth in the Inspection and Viewing Record Agreement attached hereto; and

d)      Copies of all the Information produced by National Union shall be designated

"CONFIDENTIAL DOCUMENTS SUBJECT TO STIPULATION AND COURT ORDER" or a

form of similar effect.

e)      In the event the parties agree to disclose any Information pursuant to this stipulation

in advance of the court's execution of the order, the parties hereby agree to fully abide by their

461809

**STIPULATION & PROTECTIVE ORDER REGARDING THE PRODUCTION OF FINANCIAL AND
RETENTION INFORMATION – CASE NO. 2:12-cv-01983-TLN-AC**

respective rights and obligations herein as a stipulation and contract and as though this stipulation was approved and ordered by the court.

### III.
### PERSONS AUTHORIZED TO TAKE CUSTODY

Only attorneys for parties of record, and law clerks, secretaries, translators, and qualified stenographers for said attorneys, and any experts actually hired for consultation and/or testimony in connection with this case, shall be allowed to view and retain custody of copies of the disclosed Information or notes taken therefrom.

### IV.
### PROCEDURE FOR GRANTING CUSTODY

Prior to granting custody of copies of the subject Information or notes taken therefrom, each person who is to take such custody shall be brought within the personal jurisdiction of the Court, including its contempt power, by signing a copy of this order signifying agreement to its provisions and consent to jurisdiction of the Court over his or her person for any proceedings involving alleged improper disclosures.  Each such signature shall be made under penalty of perjury.

The failure to have each person sign a copy of this order prior to granting custody of copies of the subject information or notes taken therefrom, will result in the prohibition of the parties using this Information for any purpose including this case.

### V.
### INSPECTION AND VIEWING RECORD AGREEMENT

No person shall be allowed or authorized to examine any portion of said information or notes arising therefrom, or to discuss the contents of either, until such persons has:

(1)    Read this Court Order; and

(2)    Completed and signed the "Inspection and Viewing Record Agreement" attached hereto as Exhibit "A".

### VI.
### JURISDICTION

Each person signing the "Inspection and Viewing Record Agreement" thereby agrees to be subject to the jurisdiction of this Court for contempt and other appropriate proceedings in the event of an alleged violation of this Protective Order.

## VII.
## NON-DISCLOSURE

No person authorized hereunder to view copies of the Information or to make notes therefrom, may disclose any portion of the subject matter or contents of either any person not authorized hereunder.

## VIII.
## NON-DISSEMINATION

The Information, copies of any portion of the same, and all notes arising from examination of said Information, as well as discussions of the contents thereof, shall be used only in connection with the present case of *Donald Holland v. National Union Fire Insurance Co. of Pittsburgh, PA*, United States District Court – Eastern District, Case Number 2:12-CV-01983-TLN-AC, and shall be used for no other purposes whatsoever including, but not limited to, other lawsuits, actions, claims or demands.

## IX.
## ALL DOCUMENTS REVEALED TO THE COURT SHALL BE SEALED

All motions or other documents filed with the Court, if any, which reveal any portion of the contents of this Information, or notes arising therefrom, shall be filed in a sealed envelope directly with the United States District Court – Eastern District and shall be considered sealed documents until further order of the Court.  At any hearing or proceeding in which any document covered by this order is referred to, revealed or discussed, either party can request that the hearing or proceeding be conducted in chambers.  Any records made of such proceedings shall also be sealed until further order of the Court, if any.

## X.
## NON-WAIVER

The production of the Information shall not constitute a waiver of National Union's right to claim in this lawsuit or otherwise, that the Information described therein are privileged or otherwise non-discoverable or admissible.

## XI.
## SURRENDER OF DOCUMENTS

At the conclusion of the subject litigation, all Information provided, and any copies thereof,

461809

under this protective order shall be returned to National Union's counsel, with a declaration, signed by Holland's counsel under penalty of perjury, that all documents provided, and any copies thereof, under the protective order have been returned to National Union's counsel.  The Information and any documents containing the Information are to be returned as soon as possible and no later than seven (7) days from the date of the dismissal of the action with the declaration.

**IT IS SO STIPULATED.**

Dated:  July 22, 2013                    LAW OFFICE OF DANIEL S. GLASS

                                        By_____/s/ Daniel S. Glass_____
                                           DANIEL S. GLASS
                                           Attorney for Plaintiff
                                           DONALD HOLLAND

Dated:  July 23, 2013                    HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

                                        By_____/s/ Daniel S. Clark, Jr._____
                                           STEPHEN M. HAYES
                                           DANIEL S. CLARK JR.
                                           Attorneys for Defendant
                                           NATIONAL UNION FIRE INSURANCE
                                           COMPANY OF PITTSBURGH, PA

**[~~PROPOSED~~] ORDER**

The above STIPULATION hereby becomes the PROTECTIVE ORDER of the court.

DATED: July 30, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

461809

-5-

**STIPULATION & PROTECTIVE ORDER REGARDING THE PRODUCTION OF FINANCIAL AND RETENTION INFORMATION – CASE NO. 2:12-cv-01983-TLN-AC**