DANIEL S. GLASS (SBN 140819)
dsglawyer@sbcglobal.net
Attorney at Law
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel:   916.483.1971
Fax:   916. 483.1371

Attorney for Plaintiff
DONALD HOLLAND

STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
DANIEL S. CLARK JR. (SBN 221647)
dclark@hayesscott.com
**HAYES SCOTT BONINO**
**ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| DONALD HOLLAND,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　　Defendant. | CASE NO.  2:12-cv-01983-TLN-AC<br><br>**STIPULATION AND REQUEST FOR CHANGE IN SCHEDULING ORDER AND ORDER** |

On December 20, 2012, this Court entered its Status (Pretrial Scheduling) Order.  (Dkt. 15.) On June 12, 2013, this Court entered an Amended Pretrial Scheduling Order, which was both requested by the parties and in response to the Court's reassignment of this matter to the Honorable

468738

Troy L. Nunley.  As a result, the court moved the discovery-cut-off date to September 3, 2013; the expert-disclosure date to November 4, 2013; the dispositive motion date to March 13, 2014; and the trial date to July 7, 2014.  (Dkt. 22.)

At that time the parties, by and through counsel, believed that the increased time and continued dates would be adequate and appropriate for the parties to fully prepare the matter for its eventual trial.

However, since that time, counsel for both parties have had other court matters reassigned to new trial dates and have otherwise had calendar conflicts which make it extremely difficult, if not impossible, to complete all discovery by September 3, 2013.   On August 13, 2013, the Court denied without prejudice the parties request to extend only the discovery and dispositive motion dates without extending the other pretrial dates. (Dkt. 28.)  Therefore, in order for counsel and the parties to work together to more fully and fairly prepare this matter for its ultimate trial, or potential resolution,

**IT IS HEREBY AGREED AND STIPULATED** by and between Plaintiff Donald Holland and Defendant National Union Fire Insurance Company of Pittsburg, PA, through their designated counsel, and subject to approval by the court, that the Court's Pretrial Scheduling Order be amended as follows:

1. Discovery cut-off date: December 6, 2013;

2. Expert Disclosure date: February 7, 2014;

3. Dispositive Motion cut-off date: June 13, 2014;

4. Joint Final Pretrial Conference Statement: July 14, 2014;

5. Final Pretrial Conference: August 14, 2014;

6. Trial Brief due date: July 24, 2014;

7. Evidentiary and/or Procedural Motion cut-off date:

    a. Motion: July 17, 2014;

    b. Opposition: July 24, 2014; and

    c. Reply: July 31, 2014;

8. Trial: October 6, 2014.

Dated: August 26, 2013                LAW OFFICE OF DANIEL S. GLASS

By /s/ Daniel S. Glass (authorized on 8/26/13)
   DANIEL S. GLASS
   Attorney for Plaintiff
   DONALD HOLLAND

Dated: August 26, 2013                HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By /s/Daniel S. Clark Jr., Esq.
   STEPHEN M. HAYES
   DANIEL S. CLARK JR.
   Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA

**ORDER**

Based on the aforesaid Stipulation, and good cause appearing to exist,

IT IS SO ORDERED:

1. Discovery cut-off date: December 6, 2013;

2. Expert Disclosure date: February 7, 2014;

3. Dispositive Motion cut-off date: **June 5, 2014**;

4. Joint Final Pretrial Conference Statement: July 14, 2014;

5. Final Pretrial Conference: August 14, 2014, at 2:00 p.m.;

6. Trial Brief due date: July 24, 2014;

7. Evidentiary and/or Procedural Motion cut-off date:

    a. Motion: July 17, 2014;

    b. Opposition: July 24, 2014; and

    c. Reply: July 31, 2014;

8. Trial: October 6, 2014, at 9:00 a.m.

Dated: September 4, 2013

_____
Troy L. Nunley
United States District Judge

468738